COM.

v.

**BRITO, R.**

**769 MDA 2016**

Superior Court of Pennsylvania.

03/08/2017

CP–67–CR–0001898–2008

(York)

Affirmed—Application to Withdraw as Counsel Granted